UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 10-5218 BHS |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER ON MOTION TO SEAL |
| GWENDOLYN GREEN, | ) ) | DEFENDANT'S SENTENCING MEMORANDUM |
| Defendant. | ) ) | |

THIS MATTER having come before the Court on motion of counsel for the defendant, and the Court finding good cause to allow Exhibit No. 1 to Defendant's Sentencing Memorandum to be filed under seal,

IT IS HEREBY ORDERED that Exhibit No. 1 to Defendant's Sentencing Memorandum shall be filed under seal.

DATED this 27th day of September 2010.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/Dennis Carroll
WSBA No. 24410
Attorney for Gwendolyn Green
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle WA 98101
206/553-1100 voice
206/553-0120 facsimile
dennis_carroll@fd.org

ORDER ON MOTION SEAL – 1
(Gwendolyn Green; CR 10-5218BHS)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100